FORM TO BE USED BY A PRISONER FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS
IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE        DISTRICT OF **DELAWARE**

**I. CAPTION**

**Gbeke M. Awala**
(Enter the full name of plaintiff or plaintiffs)

07 - 110

v.

**U.S. Attorneys, Office District of Delaware et al.**

(Enter the full name of defendant or defendants)

2007 FEB 22 PM 4:36

**Instructions:**

The caption of this application should be identical to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

**II. DECLARATION**

I, (your name) **Gbeke M. Awala**, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full fee to file this action or give security therefor. I understand that the granting of *in forma pauperis* status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?    yes ( )  no (✓)

2. If you are not employed do you have other income?    yes ( )  no (✓)

3. If "yes" to either of above, state source of monthly income and amount.

   source _____    amount _____

4. If "no," state date and place of last employment and amount of monthly income.

   date and place _____    amount _____

5. Do you have money in a prison account?  yes (✓)  no ( )  amount $ 3.00
6. Do you have money in a bank account?    yes ( )  no ( )  amount _____

7. Do you own or have an interest in valuable property such an automobile, real estate, stocks, or bonds?    yes ( )  no (✓)

   If "yes," describe property _____    value _____

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

_None_

9. State whether you have received within the past 12 months any money from any of the following sources:

   a. Business, profession or other form of self-employment   yes ( ) no (✓)

   b. Rent payments, interest or dividends                    yes ( ) no (✓)

   c. Pensions, annuities or life insurance payments          yes ( ) no (✓)

   d. Gifts or inheritances                                   yes ( ) no (✓)

   e. Any other sources                                       yes (✓) no ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

_Student Pay_

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_                                         2/11/07
SIGNATURE OF PLAINTIFF                                DATE

### IV. CERTIFICATION

**Instructions:**

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ _3.00_ on account to his credit at the _MVCC_ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _____; and that the average monthly deposits during the during the last six months were $ _____.

_[signature]_                                         2-10-7
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL            DATE

```
========================================================================
                            MOSHANNON VALLEY
  ======================================================================
                         Resident Account Summary              07-110
                    Monday, November 20, 2006  @15:32
  ======================================================================
For CIN: 82074054    AWALA, GBEKE
------------------------------------------------------------------------
   Date     Transaction Description        Amount   Balance   Owed   Held   Reference
------------------------------------------------------------------------
09/12/2006  INMATE PAYR 8HRS@.12 STUDENT     0.96     3.00    0.00   0.00
09/07/2006  INMATE PAYR PPAY - Education 1   2.04     2.04    0.00   0.00
```

2007 FEB 22 PM 4:39    FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE

```
=========================================================
                      MOSHANNON VALLEY
=========================================================
           Sent Order 100016675 for AWALA, GBEKE
               Monday, November 06, 2006  @10:27

=========================================================

  ID              Order #         Name
  82074054        100016675       AWALA, GBEKE

  Order Date                  Location                    Order Form
  2006-10-30                  1 Z16 114LD                 SHU - AD
```

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 1050 | BOOK OF TEN STAMPS | 3 | 3.90 | 11.70 | 0.00 | 11.70 | Sent |
| 7047 | NORELCO T500 TRIMMER | 1 | 22.19 | 22.19 | 1.33 | 23.52 | Sent |
| 3231 | SL OATMEAL SANDWICH CAKES | 1 | 2.80 | 2.80 | 0.00 | 2.80 | Sent |
| 3236 | SL SWISS RLLS BX-6 TWN PK | 1 | 2.50 | 2.50 | 0.00 | 2.50 | Sent |
| 3274 | ICED HONEY BUN 6OZ | 2 | 1.10 | 2.20 | 0.00 | 2.20 | Sent |
| 4020 | PAYDAY | 1 | 0.80 | 0.80 | 0.00 | 0.80 | Sent |
| 4000 | M&M PLAIN | 1 | 0.80 | 0.80 | 0.00 | 0.80 | Sent |
| 3112 | SALTINE CRACKERS | 1 | 1.95 | 1.95 | 0.00 | 1.95 | Sent |
| 6349 | WHOLE ENCHILADA PARTY MIX | 1 | 1.70 | 1.70 | 0.00 | 1.70 | Sent |
| 6673 | RICE NOODLES | 2 | 0.55 | 1.10 | 0.00 | 1.10 | Sent |
| 6001 | SHRIMP RAMEN NOODLES | 2 | 0.45 | 0.90 | 0.00 | 0.90 | Sent |
| 6015 | ROAST CHICKEN RAMEN | 2 | 0.45 | 0.90 | 0.00 | 0.90 | Sent |
| 6050 | 7OZ RICE ZIPPER | 1 | 1.50 | 1.50 | 0.00 | 1.50 | Sent |
| 6178 | FC MACKERAL | 1 | 1.50 | 1.50 | 0.00 | 1.50 | Sent |
| 6181 | FC SARDINES/TOMATO SAUCE | 4 | 1.20 | 4.80 | 0.00 | 4.80 | Sent |
| 6770 | BF SUMMER SAUSAGE ORG FLV | 2 | 1.90 | 3.80 | 0.00 | 3.80 | Sent |
| 6410 | GRAPE JELLY | 1 | 2.15 | 2.15 | 0.00 | 2.15 | Sent |
| 6424 | CC JALA CHS SQUEEZER 16OZ | 1 | 2.75 | 2.75 | 0.00 | 2.75 | Sent |
| 2028 | KF TEA BAGS 48 COUNT | 1 | 2.50 | 2.50 | 0.00 | 2.50 | Sent |
| 6520 | KROG OATMEAL VARIETY PACK | 1 | 3.00 | 3.00 | 0.00 | 3.00 | Sent |
| 1203 | ION3 AA 2/PK | 1 | 1.69 | 1.69 | 0.10 | 1.79 | Sent |
| 1015 | MANILLA ENVELOPE | 10 | 0.15 | 1.50 | 0.09 | 1.59 | Sent |
| 1060 | 8.5 X 11 LETTER PAD WHT | 1 | 0.95 | 0.95 | 0.06 | 1.01 | Sent |
| 1061 | 8.5 X 11 LETTER PAD YLW | 1 | 0.95 | 0.95 | 0.06 | 1.01 | Sent |
| 1121 | SEASONAL GREETING CARD | 2 | 0.90 | 1.80 | 0.11 | 1.91 | Sent |
| 1109 | FRIENDSHIP CARD - PAPER | 1 | 0.90 | 0.90 | 0.05 | 0.95 | Sent |
| 0040 | MAGNIFICENT HAIR FOOD | 1 | 3.20 | 3.20 | 0.19 | 3.39 | Sent |
| 0205 | 4OZ BABY OIL | 1 | 0.80 | 0.80 | 0.05 | 0.85 | Sent |
| 0397 | NEXT1 COCOA BTTR SOAP 5OZ | 2 | 0.90 | 1.80 | 0.11 | 1.91 | Sent |
| 0763 | Q-TIPS 30/CT | 1 | 0.90 | 0.90 | 0.05 | 0.95 | Sent |
| 3200 | BANANA MARSHMALLOW PIE | 1 | 0.55 | 0.55 | 0.00 | 0.55 | Sent |
| 6127 | HOT SPICY PORK RINDS | 2 | 1.05 | 2.10 | 0.00 | 2.10 | Sent |
| 0355 | 15OZ VOLUME SHAMPOO | 1 | 2.10 | 2.10 | 0.13 | 2.23 | Sent |
| med 0640 | TUMS 3ROLL PACK - ORIGNAL | 1 | 2.50 | 2.50 | 0.15 | 2.65 | Sent |
| med 0251 | TOLNAFATE ANTIFUNGAL CREA | 1 | 2.00 | 2.00 | 0.12 | 2.12 | Sent |
| med 0255 | BENZOYL PEROXIDE | 1 | 2.50 | 2.50 | 0.15 | 2.65 | Sent |
| med 0271 | BLISTEX LIP OINTMENT | 1 | 2.50 | 2.50 | 0.15 | 2.65 | Sent |
| med 0250 | HYDROCORTISONE CREAM | 1 | 1.95 | 1.95 | 0.12 | 2.07 | Sent |
| med 0259 | MEDICATED CHEST RUB 3 OZ | 1 | 2.50 | 2.50 | 0.15 | 2.65 | Sent |
| med 0602 | SHEER BANDAGE 10/BX BANDA | 1 | 1.00 | 1.00 | 0.06 | 1.06 | Sent |
| med 0289 | IBUPROFEN 200MG | 1 | 2.50 | 2.50 | 0.15 | 2.65 | Sent |
| med 0662 | ALLERGY TABLETS 24CT | 1 | 2.50 | 2.50 | 0.15 | 2.65 | Sent |
| med 0655 | STRESS LIQUID 8OZ. | 1 | 3.20 | 3.20 | 0.19 | 3.39 | Sent |
| med 0669 | SALINE NASAL SPRAY 1.5OZ | 1 | 1.80 | 1.80 | 0.11 | 1.91 | Sent |
| med 0641 | ROLAIDS ORIGINAL FLAVOR | 1 | 1.25 | 1.25 | 0.08 | 1.33 | Sent |
| 1010 | #10 WHITE ENVELOPE | 20 | 0.05 | 1.00 | 0.06 | 1.06 | Sent |
| med 0674 | HALLS CHERRY COUGH DROPS | 1 | 0.90 | 0.90 | 0.05 | 0.95 | Sent |
| 1091 | BLACK PEN (PLASTIC CLIP) | 1 | 0.25 | 0.25 | 0.02 | 0.27 | Sent |
| 1092 | BLUE PEN (PLASTIC CLIP) | 1 | 0.25 | 0.25 | 0.02 | 0.27 | Sent |

```
                                Order Total   119.38   4.06   123.44
```

| Alias | Description | Qty | Price | Extend | Tax | Total | Sent |
|---|---|---|---|---|---|---|---|
| 0250 | HYDROCORTISONE CREAM | 1 | 1.95 | 1.95 | 0.12 | 2.07 | No |

```
                                Refund Total    1.95   0.12    2.07
```

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit ($909.40) | 909.40 | 0.00 | 1.75 |
| Commissary Items | 290.00 | 0.00 | |
| phone time | 556.00 | 0.00 | |

Page 1