IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| GBEKE MICHAEL AWALA, | ) | |
| Plaintiff, | ) | Civil No.: 07-110-SLR |
| v. | ) | |
| U.S. ATTORNEY'S OFFICE DISTRICT OF DELAWARE, et al. | ) | |
| Defendants. | ) | |

FILED
JUN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR RECONSIDERATION

MOTION FOR JUDICIAL ISSUED LETTER OF ROGATORY

AND COMES NOW, the Plaintiff, Gbeke Michael Awala, appearing in pro se in the above captioned matter and respectfully moves the Honorable court pursuant to Rule 59(e), Fed.R.Civ.P, for reconsideration of the matter, and having met the stringent standard for in forma pauperis based on 'imminent danger of physical injury,' at the time the complaint was filed and that the availability of a newly discovered evidence and the proceeding pursuant to 28 U.S.C. §1781, compels plaintiff to request the court to rethink its earlier ruling in the captioned case. In support thereof avers:

(a) As the request for letter of rogatory in the captioned case may not be construed an attempt to argue new facts or issues other than permission from the court to issues certain evidence and records filed in the matter pursuant to Hague Evidence Convention. See Tulip Computers Intern. B.V. v. Dell Computers Corp., (D.Del. 2003) WL 1491670; and

(b) Plaintiff acknowledges that the law on the Taking of Evidence Abroad in Civil matters for International Judicial Assistance pursuant to the Hague Convention is in conformity with Article 3 of the Convention. Thus, model letter rogatory, at the request of a party resting on the records of this case, declared a violation of Civil Rights by plaintiff, such permission is in good faith efforts with the International Criminal Court, against the defendants, as prompted by the Office of International Judicial Assistance; and

(c) Dismissal of the action based on the court's order dated May 25th, 2007, was based on erroneous application of law and fact. Obviously the court did not properly weigh plaintiff's assertion for the purpose of establishing that he in fact met the criterion for in forma pauperis status. See Ragsdale v. State, 341 Ark. 744, 19 S.W.3d 622 (2000)(The burden of establishing indigency for purposes of in forma pauperis appeal is on the defendant claiming indigent status).

In the instant case, plaintiff having fully and adequately provided and substantiated the records that he is under 'imminent danger,' similarly, clearly indigent and cannot pay the cost of the proceeding to support the application, dismissal, as moot plaintiff prior petition for reconsideration, whereas, the court should have known he cannot pay the filing fee. Thus, unecessary to toll a 30 days period to make payment, clearly reflect the court's malice, hate, unintelligent, arbitrary, unconstitutional, procedure for assessing such application. See 142 A.L.R. Fed. 627, What constitutes "Fees" or "Costs" Within Meaning of Federal Statutory Provision (28 U.S.C. § 1915 and similar predecessor statutes) permitting party to proceed in forma pauperis without prepayment of fees and costs or security thereof. Notwithstanding the Abdul-Akbar's Doctrine, the court misapprehended the purpose of a Motion for reconsideration. See Harsco Corp v. Zlotnicki, 779 F.2d 906(3d Cir.1985).

As a case becomes moot 'when the issues are no longer 'live' or the parties lack a legally cognizable interest in the outcome. See Powell v. McCormack, 395 US 486(196). Although, as a general matter, " a defendant's voluntary cessation of a challenged practice does not deprive a federal court of its power to determine the legality of the practice. See City of Mesquite v. Aladdin's Castle, Inc, 455 US 283(1982). Therefore, there is no doubt that the court's order was issued in malice and implemented solely because the defendants were officials in this court and their pendency appeared before the judicial officer daily, daily and on daily basis. Whereas, plaintiff is imprisoned acted pursuant to 28 U.S.C. Section 1915, and rule 59(e) to correct the constitutional violations perpetrated by the Defendants and its subordinates, surely condoned the falsify plaintiff's name, in the spirit of error, renamed plaitiff "Mayo, and committed other eggregious Governmental investigative unconstitutional conduct repugnant to the substantive and procedural due process clause. Therefore, plaintiff seeks relief, and if the court could not grant the relief according to the Constitution and the Act of Congress, mootness because of a motion to reconsider is thus, repugnant and contrary to the intent of rule 59(e), and if this rule is too difficult for the Cheif Judge to understand it goes to the heart of her credibility as a Judicial Officer.

WHEREFORE, it is further requested that the court grant the motion seeking letter of rogatory to take evidence in the International Court, to define what a Birth in the United States meant and what the Constitution compels the Defendants to do and whether they acted contrary and porocure a malicious prosecution against the plaintiff Gbeke Michael Awala, selectively as motivated under a discriminatory statute 8 U.S.C. Section 1326 et seq.

-3-

Submitted under penalty of perjury to be true and correct.  28 U.S.C. Section 1746.

Dated June 7, 2007.

                                                  Respectfully submitted,

cc:(AUSA Delaware).                GBEKE MICHAEL AWALA
                                           No. 82074-054
                                           U.S. Penitentiary Canaan
                                           P.O. Box 300
                                           3057 Estaon Turnpike
                                           Waymart, PA 18472

```
CAAB1              *              CANAAN USP              *         06-03-2007
PAGE 001                                                             17:57:03
```

C A L L O U T S

```
----------------------------------------------------------------------
                              QTRG LE G

REG NO      NAME          FROM            TO            TIME   CATEGORY(2)   CATEGORY(3)
                                                               UNT ASGN      WRK ASGN
CALLOUTS   FOR  06-04-2007
----------------------------------------------------------------------
28160-180   ALARCON                       RECREATION    1830   C1 UNIT       USP REC AM
25301-038   ALCOTT                        USP CHAP      1330   C2 UNIT       USP BINDER
09711-029   ANDERS                        USP LAB       0930   B2 UNIT       USP DIN PM
30523-013   ARRIAGA-LO                    USP LAB       0930   F1 UNIT       A&O COMPLT
                                          USP MD        1230   F1 UNIT       A&O COMPLT
92074-054   AWALA                         USP MD        1330   E2 UNIT       MED UNASSG
63774-053   AYBAR                         EDUC TEST     1230   A1 UNIT       USP CCS 6
00322-108   BALLESTERO                    USP CHAP      1330   C1 UNIT       USP DIN AM
40324-054   BARCLAY                       USP RN KB     0930   B1 UNIT       B1 ORD AM
26522-050   BARNES                        USP LAB       0730   F2 UNIT       USP COOK P
59319-066   BARNES                        USP CHAP      0730   F2 UNIT       USP BARBER
35896-007   BARNETT                       USP MD        1430   A2 UNIT       USP BAKERY
37072-007   BASSIL                        USP CHAP      0730   B2 UNIT       USP COOK A
39691-060   BEAVERS                       USP RN KB     0830   A1 UNIT       USP REC AM
                                          RECREATION    1830   A1 UNIT       USP REC AM
45434-008   BENITES-MO                    R&D           1230   E1 UNIT       E1 ORD PM
01195-707   BLANCHARD                     USP RN KB     1230   F2 UNIT       USP BINDER
09826-007   BOWMAN                        USP CHAP      0730   D1 UNIT       USP CCS 2
37023-007   BROOKS                        USP CHAP      0730   B2 UNIT       B2 ORD AM
08193-003   BROWN                         B2 TEAM       1330   B2 UNIT       USP W A&O
37164-007   BROWN                         USP CHAP      0730   E2 UNIT       USP DIN AM
36204-007   BRUCE                         USP CHAP      0730   D1 UNIT       USP CCS 2
02754-049   BULLOCK                       RECREATION    1830   C1 UNIT       USP FPI PM
73602-053   CALLENDER                     USP RN KB     1230   D1 UNIT       D1 ORD PM
37250-007   CAMPBELL                      USP CHAP      0730   E2 UNIT       USP CHAP
                                          USP RN KB     0930   E2 UNIT       USP CHAP
40049-060   CARR                          USP RN KB     1230   D1 UNIT       USP BAKERY
65917-208   CATANO-GOM                    USP PA FF     1330   F1 UNIT       USP GM1
41916-037   CHANDLER                      USP RN KB     1230   F1 UNIT       USP GM2
16111-054   CHILLI                        USP CHAP      1330   D1 UNIT       D1 ORD PM
13688-052   CHUKOLOSKI                    USP CHAP      1330   D2 UNIT       USP UNASSG
58113-179   COLON                         EDUC NW       1330   B1 UNIT       USP W A&O
19098-054   COLOTTI                       USP CHAP      1330   A2 UNIT       A2 ORD PM
04772-036   CONE                          USP CHAP      0730   B2 UNIT       USP CCS 7
57590-066   CRITTENTON                    USP RN KB     0830   A1 UNIT       A1 ORD AM
16058-014   CRUDUP                        USP CHAP      0730   B1 UNIT       USP CCS 1

G0002      MORE PAGES TO FOLLOW . . .
```

GB
No
P.O. Box 300
U.S. Penitentiary Canaan
3057 Easton Turnpike
Waymart, PA 18472

legal Mail:

U.S.M.S.
X-RAY

SUE L. ROBINSON
Cheif Judge.
U.S. District Court
For the District of Delaware
844 N. King Street, Lockbox 31
Wilmington, Delaware 19801-3570

