**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 07-3456</u>

Awala

vs.

US Atty DE, et al.

Gbeke Michael Awala, Appellant

(Delaware District Civil No. 07-cv-00110)

**O R D E R**

    Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

    It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

    It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Date: October 12, 2007

cc:
    Gbeke Michael Awala
    Ilana H. Eisenstein, Esq.